UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
PAUL REIFFER,                                          :
:
                        Plaintiff,          :
:             23-CV-9661 (VSB)
            -against-                        :
:             **ORDER**
HUB INTERNATIONAL NORTHEAST INC. :
f/k/a THE B&G GROUP and EVAN BOWER, :
Individually,                                          :
:
                        Defendants.         :
-------------------------------------------------------X

**VERNON S. BRODERICK**, United States District Judge:

      Plaintiff Paul Reiffer initiated this matter by filing a complaint on November 2, 2023. (Doc. 1.) On December 22, 2023, Defendants Hub International Northeast Inc. and Evan Bower filed their answer to the complaint. (Doc. 16.) On December 26, 2023, I entered an Order directing the parties to submit a joint letter and a proposed case management plan and scheduling order on or before January 9, 2024. (Doc. 17.) To date, the parties have not done so. Accordingly, the parties are hereby:

      ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than January 18, 2024. If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  January 11, 2024
         New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge